1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  ERIC CHENG (CABN 274118)
   BRIGGS MATHESON (CABN 291287)
5  PATRICK O'BRIEN (CABN 292470)
   Assistant United States Attorney

6
       450 Golden Gate Avenue, Box 36055
7      San Francisco, California 94102-3495
       Telephone: (415) 436-6557
8      FAX: (415) 436-7234
       Eric.Cheng@usdoj.gov

9
   Attorneys for United States of America
10
                    UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12
                      SAN FRANCISCO DIVISION
13

14  UNITED STATES OF AMERICA,            )  CASE NO. 3:19-MJ-70373-JCS
                                         )
15        Plaintiff,                     )  **UNITED STATES' SUPPLEMENTAL**
                                         )  **RESPONSE TO DEFENDANTS' MOTIONS**
16     v.                                )  **FOR PRELIMINARY HEARING**
                                         )
17  BLAKE, DIANE; BLAKE, TODD;           )
    COLBURN, AMY; COLBURN, GREGORY;      )
18  HUNEEUS, AGUSTIN; ISACKSON, BRUCE;   )
    KLAPPER, MARJORIE; MCGLASHAN JR.,    )
19  WILLIAM E.; PALATELLA, MARCI; and    )
    SARTORIO, PETER JAN,                 )
20                                       )
          Defendants.                    )
21                                       )
                                         )
22  _____  )

23        On March 15, 2019, Defendants Amy Colburn and Gregory Colburn (collectively, the "Colburn

24  Defendants") each moved for a preliminary hearing before the Court.  *See* Dkt. Nos. 33 & 34.

25        On March 22, 2019, the government opposed the Colburn Defendants' motions because the

26  government intended "to seek an indictment of [the Colburn] Defendants and to not proceed by a

27  preliminary hearing."  *See* Dkt. No. 38.  On March 26, 2019, the Colburn Defendants were indicted in

28  the United States District Court for the District of Massachusetts.  *See United States v. Sidoo et al.*, Case

    SUPP. RESP. TO DEFS.' MOTS. FOR PRELIM. HR'G
    19-MJ-70373-JCS                              1

1   No. 19-cr-10080-NMG, Dkt. No. 119 (D. Mass.).

2          Accordingly, pursuant to Federal Rule of Criminal Procedure 5.1(a)(2), the Colburn Defendants'

3   motions should be denied as moot.

5                                                              Respectfully submitted,

6                                                              DAVID L. ANDERSON
                                                               UNITED STATES ATTORNEY
7

8   Date:   March 28, 2019                                           /s/
                                                               ERIC CHENG
9                                                              BRIGGS MATHESON
                                                               PATRICK O'BRIEN
10                                                             Assistant United States Attorneys

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28